IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>BRANDON ANTHONY,<br><br>        Defendant | Criminal No. 11-68 (JBS)<br><br>**ORDER** |

This matter having come before the Court on two of Defendant Brandon Anthony's pre-trial motions: to compel the Government to disclose the identity of a confidential informant whose information was used to support the search warrant; and to suppress the search as the fruit of a warrantless dog sniff of Defendant's apartment door [Docket Items 15 & 18]; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this   20th   day of **March**, **2012** hereby

ORDERED that Defendant's motions are **DENIED**.

                                    **s/ Jerome B. Simandle**
                                    JEROME B. SIMANDLE
                                    Chief U.S. District Judge